

The creditor shall give the debtor at least seven days' notice of the time, place, and date of sale.

**Entered on Docket
March 11, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix. Arizona 85016
Telephone: (602) 255-6000
BAC Home Loans Servicing. L.P. fka Countrywide Home Loans Servicing, L.P.
10-70863

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-22758-lbr |
|---|---|
| Gary D'Addario and Deborah D'Addario | Date:<br>Time: |
|  | Chapter 13 |
| Debtors |  |

<u>ORDER RE: EXPARTE APPLICATION FOR AN ORDER PURSUANT TO 362(C) (3)(A)</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its assignees and/or successors in interest, of the subject property, generally described as 2315 Mediterranean Sea Avenue, Las Vegas, NV 89031, and legally described as follows:

LOT NINETY-FIVE (95) IN BLOCK TWO (2) OF TIERRA DE LAS PALMAS VILLAGE 6 - UNIT 1, AS SHOWN BY MAO THEREOF ON FILE IN BOOK 84 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVEDA.

IT IS SO ORDERED.

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor